

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

October 8, 2015

The Honorable Nancy E. Rister
Criminal County Clerk
Williamson County Courthouse
P. O. Box 14
Georgetown, TX 78627
* DELIVERED VIA E-MAIL *

RECEIVED
OCT 2 3 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

RE:     Court of Appeals Number:     03-14-00445-CR
        Trial Court Case Number:     14-02154-2

Style:  Alicia Midkiff
        v. The State of Texas

Dear Honorable Nancy E. Rister:

Enclosed, with reference to the above cause, is the mandate of this Court. Please file and execute in the usual manner.

Because the appeal has been affirmed, please be advised that the judgment of the trial court is in full force and effect. Accordingly, appropriate enforcement procedures may need to be instituted in your office, including issuance of a <u>capias</u>. If a capias is issued, please remind the sheriff that Texas Rule of Appellate Procedure 51.2(b)(3) requires that this Court be notified when the mandate has been carried out and executed.

In addition, as required by Texas Government Code, Sec. 51.204(e), the trial court clerk is notified that we will destroy all records filed in respect to this case with the exception of indexes, original opinions, minutes and general court dockets no earlier than twenty-five (25) years from the date final mandate is issued.

Your cooperation in this regard is appreciated.

Very truly yours,

Jeffrey D. Kyle, Clerk

cc:    Ms. Crystal D. Murray
       Ms. Alicia Midkiff
       Mr. Ryan Palmquist

# MANDATE

THE STATE OF TEXAS

TO THE COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY, GREETINGS:

Trial Court Cause No. 14-02154-2

      Before our Court of Appeals for the Third District of Texas on July 28, 2015, the cause on appeal to revise or reverse your judgment between

Alicia Midkiff

No. 03-14-00445-CR     v.

The State of Texas

Was determined, and therein our Court of Appeals made its order in these words

This is an appeal from the judgment of conviction signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

Wherefore, we command you to observe the order of our Court of Appeals in this behalf and in all things have the order duly recognized, obeyed, and executed.

Witness the Honorable Jeff L. Rose, Chief Justice of the Court of Appeals for the Third District of Texas, with the seal of the Court affixed in the City of Austin on Thursday, October 08, 2015.

JEFFREY D. KYLE, CLERK

By: Amy Strother, Deputy Clerk



COURT OF APPEALS

THIRD DISTRICT

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

US POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401623 OCT 08 2015

RECEIVED

OCT 23 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

MS. ALICIA MIDKIFF
CRAIN UNIT
1401 STATE SCHOOL ROAD
GATESVILLE

NIXIE        787    DE   1270      0010/18/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78711254747      *0793-05800-18-17

63 CVE—N3B877B5U5S 47